UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FLYNN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BROTMAN MEDICAL CENTER, INC., ET AL.,<br><br>        Defendants. | CASE NO. CV 08-03651-MMM(JWJx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: August 19, 2008

                                                       _/s/ Margaret M. Morrow_
                                                       MARGARET M. MORROW
                                                     UNITED STATES DISTRICT JUDGE